UNITED STATES of America,
Plaintiff–Appellee,

v.

Jerry Joe FIELDS, Defendant–Appellant.

No. 02–10308.

D.C. No. CR–01–00463–KJD.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted April 7, 2003.*

Decided April 15, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

MEMORANDUM**

Jerry Joe Fields appeals the 84–month sentence imposed following his guilty plea

conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a). We review de novo the district court's interpretation of the Sentencing Guidelines, and for clear error its factual findings at sentencing. *United States v. Seesing*, 234 F.3d 456, 459 (9th Cir.2000). We affirm.

Fields contends that the district court improperly applied a four-level enhancement to his sentence pursuant to U.S.S.G. § 2K2.1(b)(5), for possessing a firearm in connection with another felony offense. The district court did not clearly err in finding that Fields used the firearm to attempt to obtain a listed chemical he knew would be used to manufacture methamphetamine, a separate felony offense under 21 U.S.C. §§ 846 and 841(c)(2). *See United States v. Polanco*, 93 F.3d 555, 564–66 (9th Cir.1996). Therefore, the enhancement was proper.

Fields' contention that the district court engaged in impermissible double-counting lacks merit. *See United States v. Turnipseed*, 159 F.3d 383, 386 (9th Cir.1998).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.